IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Jeremy Eye,<br><br>             Plaintiff,<br><br>v.<br><br>BioFire Diagnostics and Biofire Holdings,<br><br>             Defendants. | **ORDER GRANTING STIPULATED MOTION TO APPROVE FAIR LABOR STANDARDS ACT SETTLEMENT AND CLOSE CASE**<br><br>Case No. 2:19-cv-00217-HCN-PMW<br><br>Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Paul M. Warner |

Pursuant to the Fair Labor Standards Act of 1938 (29 U.S.C. § 201) ("FLSA") and *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982), the parties in the above captioned matter filed a stipulated motion to approve their settlement of claims that included claims under FLSA and to close the case. Dkt. No. 17; Dkt. No. 19 (Sealed). Having reviewed the parties' stipulation motion, the court finds that (1) there are bona fide factual disputes regarding Plaintiff's claims under FLSA and (2) the settlement terms set forth in the stipulated motion are fair and reasonable. Accordingly, the court **GRANTS** the parties' stipulated motion and orders the case **CLOSED** and **DISMISSED WITH PREJUDICE**.

DATED this 24th day of October, 2019.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge